

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

June 29, 2020

Hon. Norman A. Mordue
Senior U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

  Re: *United States v. Bobbie Jo Brown*
     Case No. 5:17-CR-386 (NAM)
     **Government's Application to Seal Exhibit 5 to Its Opposition to Defendant's Motion for Compassionate Release**

Dear Judge Mordue:

  Pursuant to Local Rule 13.1(b), the United States respectfully moves to seal Exhibit 5 to the government's opposition to the defendant's motion for compassionate release. *See* Dkt. No. 24. Exhibit 5 contains the defendant's medical records, which the government obtained from the U.S. Bureau of Prisons. In light of the defendant's significant privacy interests in her medical records, sealing is appropriate. *See Lugosch v. Pyramid Co. of Onondaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006). Moreover, the sealing request is narrowly tailored, insofar as the government only seeks to seal the medical records; the remainder of the government's submission is being filed publicly. A proposed order is set forth below, and the government will serve the defendant with a copy of the medical records contained in Exhibit 5.

       Respectfully submitted,

       GRANT C. JAQUITH
       United States Attorney

    By: */s/ Carla B. Freedman*
       Carla B. Freedman
       Assistant United States Attorney
       Bar Roll No. 514723

cc: Bobbie Jo Brown, Pro Se

June 29, 2020
Page 2


Following *in camera* review of Exhibit 5 the Court finds that the sealing of Exhibit 5 is appropriate.  *See Lugosch v. Pyramid Co. of Onondaga County*, 435 F.3d 110, 119-27 (2d Cir. 2006).  The defendant's significant privacy interests in her medical records outweigh any countervailing common law and First Amendment rights of access to the records.  Exhibit 5 to the government's opposition to the defendant's motion for compassionate release is accordingly sealed.


IT IS SO ORDERED:


Norman A. Mordue
Senior U.S. District Judge


Dated:   June 29, 2020