TRULINCS 25114052 - BROWN, BOBBIE JO - Unit: PHL-C-S

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV - 9 2020
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Syracuse

---

FROM: 25114052
TO: Brown, Bobbie
SUBJECT: HON. Norman Mordue
DATE: 11/05/2020 03:06:48 PM

Dear Judge Mordue:

My name is Bobbie Jo Brown reg#25114-052 i am an inmate currently housed at F.D.C Philadelphia. This letter serves as my request for Reduction In Sentence in accordance with Program Statement 5050.49 compassionate release/reduction in sentence : procedures for implementation of 18 U.S.C.3582(S)(1)(A).

Based upon the recently passed Cares Act, the Coronavirus Act, and the directives of Attorney General Barr, i am seeking your consideration of relief under the new legislation and a Reduction in Sentence

The petition is specifically made based upon "extraordinary and compelling "reasons, as set forth in the First Step Act, (FSA), of 2018 which permits a prisoner's sentence to be reduced based upon demonstrated rehabilitation which shows that he/she is no longer a threat to community, As noted by at least one court, "when a defendant brings a motion for a sentence reduction under the amended provision, the court can determine whether any extraordinary and compelling reasons other than those delineated in U.S.S.G,1B1.13 cmt n.1(A)(C) warrant granted relief." United States V. Cantu, No. 1:05-C425,2019WL 2498923(S.D.TEX, June 17, 2019)

While in Bureau custody i have engaged in various educational and psychological programming, which are on record in the Bureau of Prison records .i have completed every program the judge has assigned me to complete, i have been approved for home confinement for 3-22-2021, in regards to my home plan it has been approved by probation department, My father passed away 10-30-20, he was the finance support for my two youngest children that are still enrolled in school my mother has also been diagnosed with COPD as she is the primary care giver to my elderly grandmother that has suffered three strokes . I have a home and a job all lined up to help with my family's finance needs i am asking for a Reduction IN Sentence as immediate due to the financial hardship of my family at this time ..

Here at the F.D.C Philadelphia we also now have and outbreak of the coronavirus over 10% of the inmates have tested positive so this motion i ask for is time sensitive and my children need my finance and emotional support

Respectfully Submitted, Bobbie J Brown
regarding
5:17-CR-386(NAM)

*[signature: Bobbie Brown]*

11-5-20



25114-052
Bobbie Brown
Federal Detention Center
PO BOX 562
Federal Detention Center
Phila, PA 19106
United States

LEGAL MAIL

Hon. Norman A. Mordue
Senior U.S. District Judge
Federal Building and U.S. Courthouse
100 South Clinton Street
Syracuse, New York, 13261

LEGAL MAIL